In the Matter of the Probate of the Will of CHARLES E. TURNER, Deceased.

BYRON J. TILLMAN, by STEPHEN V. O'GORMAN, His Special Guardian, Appellant; HELEN M. LUCAS et al., Respondents.

(Submitted June 2, 1913; decided June 10, 1913.)

Motion to amend remittitur granted. (See 208 N. Y. 261.)

---

CHARLES F. MULLER et al., as Executors of and Trustees under the Will of THOMAS W. EVANS, Deceased, Respondents, *v.* THE CITY OF PHILADELPHIA et al., Defendants, and ARTHUR E. VALOIS, Individually and as Executor of and Trustee under the Will of THOMAS W. EVANS, Deceased, et al., Respondents, and LOUIS SILVERMAN et al., Appellants.

(Submitted June 2, 1913; decided June 10, 1913.)

Motion to amend remittitur denied, with ten dollars costs. (See 208 N. Y. 182.)

---

JAMES PETUR, by SAMUEL PETUR, His Guardian ad Litem, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

(Submitted June 2, 1913; decided June 10, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 615.)